UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES CHANEY, JR.                                                                                         PLAINTIFF
ADC #158270

v.                                            4:18-cv-00937-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                                                    DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed.

Dated this 12th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE